UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| NOE NICOLAS GARZA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-07-437 |
| | § | |
| DRUG ENFORCEMENT ADMINISTRATION, | § | |
| | § | |
| Defendant. | § | |

**ORDER ADOPTING MEMORANDUM AND
RECOMMENDATION TO DENY PLAINTIFF'S
MOTION FOR DEFAULT JUDGMENT**

On February 5, 2008, United States Magistrate Judge Brian L. Owsley signed a Memorandum and Recommendation recommending that plaintiff's motions for default judgment (D.E. 6, 7) be denied. On February 14 and 15, 2008, plaintiff filed Objections to the Magistrate's Recommendations.

Having reviewed the findings of fact and conclusions of law therein, as well as the pleadings on file and plaintiff's objections, and having made a *de novo* disposition of those portions of the Magistrate Judge's recommended disposition to which objections were raised, *see Koetting v. Thompson*, 995 F.2d 37 (5th Cir. 1993), 28 U.S.C. § 636(b)(1)(C); Fed.R.Civ.P.72(b), the Court hereby adopts as its own the findings and conclusions of the Magistrate Judge.

Accordingly, it is ORDERED that plaintiff's motions for default judgment (D.E. 6, 7) are denied.

The clerk shall enter this order and provide a copy to all parties.

SIGNED and ORDERED this 19th day of February, 2008.

_____
Janis Graham Jack
United States District Judge